ORIGINAL

FILED
U.S. DISTRICT COURT
AUGUSTA DIV.
2016 FEB 22 PM 3:00
CLERK_____
SO. DIST. OF GA

IN THE UNITED STATES DISTRICT COURT FOR THE
SOUTHERN DISTRICT OF GEORGIA
DUBLIN DIVISION

| | |
|---|---|
| PHILIP KEEN, JR., and all other persons similarly situated, | * * * |
| Plaintiff, | * * |
| v. | * CIVIL ACTION NO. |
| | * CV 315-030 |
| JUDICIAL ALTERNATIVES OF GEORGIA, INC. | * * |
| Defendant. | * |

## ORDER

The United States Court of Appeals for the Eleventh Circuit has vacated the portion of this Court's Order dated August 21, 2015, that dismissed Plaintiff's challenge to O.C.G.A. § 42-8-100(g) under the Georgia Constitution for failure to state a claim. The Eleventh Circuit remanded with the instruction to dismiss the claim for lack of standing.

**IT IS HEREBY ORDERED** that the mandate of the United States Court of Appeals for the Eleventh Circuit is made the judgment of this Court. Plaintiff's challenge to O.C.G.A. § 42-8-100(g) under the Georgia Constitution is **DISMISSED** for lack of standing.

**SO ORDERED** this 22nd day of February, 2016.

_____
UNITED STATES DISTRICT JUDGE